474 A.2d 693

Commonwealth v. Shuler, Jr., Appellant.

Submitted November 4, 1983. David Scott Keller, for appellant; Kevin A. Hess, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence is vacated and case remanded for a hearing on appellant's motion to withdraw his plea without prejudice to either party's future right of appeal.

Jurisdiction is not retained.